UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

TAMMY DEVANE, *on behalf of herself and all others similarly situated*,

                Plaintiff,

-against-

L'OREAL USA, INC.,

                Defendant.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 6 2019

ORDER

19 Civ. 4362 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference currently scheduled for February 4, 2020 at 9:30 a.m. is canceled.

This Court will hear oral argument on Defendant's motion to dismiss, (ECF No. 13), on February 4, 2020 at 10:30 am.

Dated: New York, New York
       December 6, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge