UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

TAMMY DEVANE, *on behalf of herself and all others similarly situated*,

                        Plaintiff,

-against-

L'OREAL USA, INC.,

                        Defendant.

------------------------------------- X

ORDER

19 Civ. 4362 (GBD)

GEORGE B. DANIELS, District Judge:

    The May 14, 2020 pretrial conference is adjourned to July 16, 2020 at 9:45 a.m.

Dated: April 21, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE