**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TAMMY DEVANE, *on behalf of herself and all*
*others similarly situated*,

                     Plaintiff,

        -against-

L'OREAL USA, INC.,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      ORDER

      19 Civ. 4362 (GBD)

GEORGE B. DANIELS, District Judge:

      The July 16, 2020 pretrial conference is adjourned to November 5, 2020 at 9:45 a.m.

Dated: June 30, 2020
      New York, New York

                                SO ORDERED.

                                GEORGE B. DANIELS
                                UNITED STATES DISTRICT JUDGE