**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TAMMY DEVANE, on behalf of herself and all
Others similarly situated,

                     Plaintiff,

    -against-                                            19 **CIVIL** 4362 (GBD)

                                                      **JUDGMENT**

L'ORÉAL USA, INC.,

                     Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 14, 2020, Defendant's motion to dismiss is granted.

**Dated:** New York, New York
             September 15, 2020

                                                        **RUBY J. KRAJICK**
                                                    _____
                                                           Clerk of Court
                                         **BY:** _____
                                                            Deputy Clerk